21

# VERIFICATIONS

## VERIFICATION REGARDING UNEMPLOYMENT:

I, _____, hereby certify that I have been unemployed for the preceding 6 months prior to the filing of this bankruptcy petition.

_____          _____
Date                             Debtor

## SEPARATED SPOUSE VERIFICATION:

I, _____, hereby certify that I have been separated from my spouse since approximately _____, that we are not living separately to evade the means test and that any payments made, if applicable by my separated spouse, are noted in my current monthly income.

_____          _____
Date                             Debtor

## VERIFICATION REGARDING TAX RETURNS:

1. I, *Tracy Barco*, hereby certify that no returns were filed for the years *2016, 2017, 2018* and were not required to be filed for the following reason: *have not worked*

**OR**

2. I certify I have not filed returns for the following years _____, but am in the midst of filing the returns for those years and recognize that they are necessary in order to complete my bankruptcy.

*5/15/19*                        X *Barco*
Date                             Debtor