```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                      Case No. 19-12920-elf
Tracy A. Barco                                              Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: JEGilmore           Page 1 of 2               Date Rcvd: Mar 11, 2020
                             Form ID: pdf900           Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
db             +Tracy A. Barco,    2410 Vista Street,    Philadelphia, PA 19152-4305
14356243        American First Finance,    c/o Becket and Lee LLP,    PO Box 3002,    Malvern PA 19355-0702
14320366       +American First Finance,    Attn: Bankruptcy,    Po Box 565848,    Dallas, TX 75356-5848
14320375       +MOHELA/Debt of Ed,    633 Spirit Drive,    Chesterfield, MO 63005-1243
14320374       +MOHELA/Debt of Ed,    Attn: Bankruptcy,    633 Spirit Dr,    Chesterfield, MO 63005-1243
14327749       +Select Portfolio Servicing for,    The Bank of New York Mellon CWABS, Inc,
                 c/o Kevin G. McDonald, Esquire,    701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14320377       +Select Portfolio Servicing, Inc,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
14321791       +U S Department of Education/MOHELA,    633 Spirit Drive,    Chesterfield, MO 63005-1243
14342586        WELLS FARGO BANK, N.A.,    C/o Mario J. Hanyon, Esq.,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103
14342813        Wells Fargo Bank, N.A.,    Mario J. Hanyon, Esquire,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, Pa  19103
14341737        Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 12 2020 03:37:47     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 12 2020 03:37:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 12 2020 03:37:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14330535        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 12 2020 03:37:09
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
14320368       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 12 2020 03:37:09
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
14320369       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 12 2020 03:37:09
                 AmeriCredit/GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
14320367       +E-mail/Text: agency@americanfirstfinance.com Mar 12 2020 03:38:02     American First Finance,
                 7330 W. 33rd Street,    Wichita, KS 67205-9370
14320371        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 12 2020 03:43:35     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14320370       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 12 2020 03:43:10     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14320373       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 12 2020 03:42:47     Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
14320372       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 12 2020 03:42:47     Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
14355048        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 12 2020 03:42:49     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14320376       +E-mail/Text: jennifer.chacon@spservicing.com Mar 12 2020 03:38:08
                 Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
                 Salt Lake City, UT 84165-0250
14357413        E-mail/Text: jennifer.chacon@spservicing.com Mar 12 2020 03:38:08
                 The Bank of New York Mellon as Trustee,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
14385248       +E-mail/Text: megan.harper@phila.gov Mar 12 2020 03:37:47     Water Revenue Bureau,
                 Pamela Elchert Thurmond,    Tax & Revenue Unit,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1613
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2              Date Rcvd: Mar 11, 2020
                              Form ID: pdf900           Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS,
               Inc. Asset-Backed Certificates, Series 2007-2 bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              PAUL H. YOUNG    on behalf of Debtor Tracy A. Barco support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| TRACY A. BARCO, | : | |
| Debtor | : | Bky. No. 19-12920 ELF |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **March 11, 2020**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE