# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   TRACY BARCO | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | BANKRUPTCY NO. 19-12920 |

## ORDER

**AND NOW**, this   1st   day of   July  , 2020, upon consideration of Debtor's Motion to Reconsider the Dismissal of this Chapter 13 Case, and after hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Motion is **DENIED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**