United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 19-12920-elf
Tracy A. Barco                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: Jul 02, 2020
                             Form ID: pdf900            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2020.
db              +Tracy A. Barco,    2410 Vista Street,    Philadelphia, PA 19152-4305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2020 at the address(es) listed below:
        KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS,
         Inc. Asset-Backed Certificates, Series 2007-2 bkgroup@kmllawgroup.com
        MARIO J. HANYON    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
        PAUL H. YOUNG    on behalf of Debtor Tracy A. Barco support@ymalaw.com,   ykaecf@gmail.com,
         paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 5

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   TRACY BARCO                           :    CHAPTER 13
                                               :
         Debtor(s)                             :    BANKRUPTCY NO. 19-12920

**ORDER**

**AND NOW**, this    1st       day of   July     , 2020, upon consideration of Debtor's

Motion to Reconsider the Dismissal of this Chapter 13 Case, and after  hearing, and for the

reasons stated in court, it is hereby **ORDERED** that the Motion is **DENIED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**